FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 DEC 17 AM 9: 24
CLERK'S OFFICE
AT BALTIMORE
BY_____ _____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| v. | * | Case No. ELH-11-0508 |
| **DANIEL BLUE.** | * | |

\* \* \* \* \*

## ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Fourth Circuit, ECF No. 143, which reversed and vacated the Defendant's convictions, ECF No. 106, and upon consent of the parties, it is this 17th day of December, 2015, by the United States District Court for the District of Maryland

**ORDERED**, that Defendant shall be immediately **RELEASED**; and it is further

**ORDERED**, that the Bureau of Prisons is instructed to provide the Defendant with bus fare to travel from FCI Petersburg to his home in Baltimore, Maryland.

_____
ELLEN L. HOLLANDER
UNITED STATES DISTRICT JUDGE