FILED: January 26, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4069 (L)
(1:11-cr-00508-ELH-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

DANIEL BLUE

  Defendant - Appellant

_____

No. 15-4153
(1:11-cr-00508-ELH-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

DANIEL BLUE

  Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Agee, Judge Wynn, and Senior Judge Hamilton.

For the Court

/s/ Patricia S. Connor, Clerk